IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | In proceedings under |
| | ) | Chapter 7 |
| | ) | Case No. 10-72236 |
| ARVYDAS STASAITIS, | ) | |
| | ) | Judge Manuel Barbosa |
| Debtor(s). | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 12, 2010, at the hour of 9:30 a.m., I shall appear before the Honorable Judge Manuel Barbosa, Room 115, of the Federal Courthouse Building, 211 South Court Street, Rockford, Illinois, and then and there move the Court pursuant to the attached Motion, at which time and place you may appear if you see fit.

                                                      */s/ Timothy R. Yueill*
                                         By:  Timothy R. Yueill, Esq.

**Served upon the following parties electronically and facsimile:**
Modestas Law Offices, 25 E. Washington St., Ste 1804, Chicago, IL 60602 - Counsel for Debtor
*via fax 312-277-2586*
Bernard J. Natale, 6833 Stalter Dr., Ste 201, Rockford, IL 61108 - Trustee
*via fax 815-316-4646*
William T. Neary, 219 Regent Street, Ste 873, Madison, WI 60604 - U.S. Trustee
**and served upon the following parties via FedEx:**
Arvydas Stasaitis, 4134 Lakeside Dr., Rockford, IL 61101 - Debtor *via FedEx 7986 4041 8983*

### Certification of Service

    I, The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustees and Debtor's counsel via electronic through ECF and via facsimile to Debtor Counsel and Chapter 7 Trustee on May 6, 2010 and as to the Debtor via FedEx from the law offices listed below before the hour of 5:00 p.m., on May 6, 2010.

                                                        By:  */s/ Timothy R. Yueill*

Law Offices of Ira T. Nevel, LLC
175 North Franklin, Suite 201
Chicago, Illinois 60606
(312) 357-1125

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | In proceedings under |
| | ) | Chapter 7 |
| | ) | Case No. 10-72236 |
| ARVYDAS STASAITIS, | ) | |
| | ) | Judge Manuel Barbosa |
| Debtor(s). | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

NOW COMES Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2, a secured creditor herein, by and through its counsel, LAW OFFICES OF IRA T. NEVEL, LLC and moves this Honorable Court for an Order granting relief from the Automatic Stay in these proceedings, and in support thereof, states as follows:

1. That the Creditor claims a valid security interest in the property commonly known as 4134 Lakeside Dr., Rockford, IL 61101.

2. That said interest is based on a first Note and Mortgage previously executed by the Debtor on April 12, 2005.

3. That the approximate total balance due this Creditor pursuant to said security interest as of May 2010 was $103,935.70.

4. That enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing this Petition on April 30, 2010.

5. That the Debtor is in default in the performance of the terms and conditions of said Note and Mortgage and are contractually due for the August 2009 payment with a total default as of May 2010 in excess of $9,750.14.

6. That upon information and belief, no non-exempt equity exists in the real property at issue for the benefit of unsecured creditors.

7. That as a result of the above, this Creditor is entitled to relief from the Automatic Stay under 11 U.S.C. §362(d).

8. That this Court has the authority to order that Rule 4001(a)(3) is not applicable to the Order entered in granting this Motion, and this Creditor requests this Court to so order.

  *WHEREFORE*, this Creditor Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2, and/or its assigns, requests this Honorable Court to enter an Order modifying the Automatic Stay pursuant to 11 U.S.C. §362(d) and for other such relief as this Court may deem fit.

                Law Office of Ira T. Nevel

                */s/ Timothy R. Yueill*
                By:  Timothy R. Yueill, Esq.
                Counsel for Deutsche Bank National Trust Company

Timothy R. Yueill
Greg Elsnic
Michelle Ratledge
Ira T. Nevel
LAW OFFICES IRA T. NEVEL, LLC
175 North Franklin, Suite 201
Chicago, IL 60606
(312) 357-1125