IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN THE MATTER OF:                        Chapter 7

Arvydas Stasaitis,                          Case No. 10-72236

           Debtor(s).                         Honorable Manuel Barbosa

## NOTICE OF MOTION

TO:    See attached Service List

On June 2, 2010, at 9:30a.m., I shall appear before Bankruptcy Judge Manuel Barbosa, 211 South Court Street, Courtroom 115, Rockford, Illinois 61101, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then and there present the attached Motion for Relief from Automatic Stay filed by PNC Bank, National Association, successor by merger to National City Bank, at which time and place you may appear if you so see fit.

                                       HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
                                       Attorneys at Law
                                       Heather M. Giannino (ARDC #6299848)
                                       111 East Main Street, Suite #200
                                       Post Office Box 740
                                       Decatur, Illinois 62525-0740
                                       (217) 422-1719

STATE OF ILLINOIS
COUNTY OF COOK

       I, Heather M. Giannino, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 14th day of May, 2010.

                                                    /s/ Heather M. Giannino
                                                    Heather M. Giannino

## SERVICE LIST

Arvydas Stasaitis
4134 Lakeside Drive
Rockford, IL   61101

Saulius Modestas
Modestas Law Offices
25 East Washington St., Suite 1804
Chicago, IL   60602

Bernard J. Natale
Bernard J. Natale, Ltd.
6833 Stalter Drive, Suite 201
Rockford, IL   61108

William T. Neary
Office of the U.S. Trustee, Region11
780 Regent St., Suite 304
Madison, WI   53715

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN THE MATTER OF:                      Chapter 7

    Arvydas Stasaitis,                      Case No. 10-72236

        Debtor(s).                      Honorable Manuel Barbosa

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES PNC Bank, National Association, successor by merger to National City Bank, (hereinafter "Movant") by and through its attorneys, Heavner, Scott, Beyers & Mihlar, LLC, and moves for the entry of an Order granting relief from the Automatic Stay of this proceeding and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

3. Debtor filed a petition under Chapter 7 of Title 11, United States Bankruptcy Code on April 30, 2010.

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. Section 362 of the Bankruptcy Code.

5. Movant is the mortgage holder on the property commonly known as 20W527 Westminster Dr., Downers Grove, Illinois 60516.

6. The Debtor is due for post-petition attorneys' fees and costs in the amount of $700.00.

7. On February 2, 2009, Movant filed a complaint to foreclose on the aforementioned property, state chancery case number 09-CH-493.

8. On January 5, 2010, a Judgment for Foreclosure and Sale was entered.

9. Pursuant to said Judgment, a Judicial Sale was held on April 6, 2010, and Confirmation

of said sale was set for May 18, 2010.

10. Due to the fact that the Judicial Sale was consummated prior to the Debtor's filing, the Judicial Sale is valid under *In re Beatty*, 116 B.R. 112 (Bankr. N.D. Ill. 1990), and the Debtor no longer retains the right to reinstate or payoff said debt to creditor under the language set out by the Seventh Circuit in *Colon v. Option One Mortgage Corp.*, 319 F.3d 912 (7th Cir. 2002). The Debtor has no rights of redemption remaining in the subject real estate.

11. No deficiency is sought against the Debtor.

12. The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and movant requests this Court so order.

WHEREFORE, this Creditor, PNC Bank, National Association, successor by merger to National City Bank, prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay of this proceeding, approving its post-petition fees and costs incurred, and for such other and further relief as this Court may deem just and proper.

                              PNC Bank, National Association, successor by merger to National City Bank,

                              By:     */s/ Heather M. Giannino*
                                        One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.

## NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Scott, Beyers & Mihlar, LLC, 111 East Main Street, Suite #200, Decatur, Illinois 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.